JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
THOMAS W. MARONEY, ESQ.
Nevada Bar No. 13913
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Email: joshua.sliker@jacksonlewis.com
Email: thomas.maroney@jacksonlewis.com

*Attorneys for Defendant*
*Anytime Labor, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MATTHEW JACKSON, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> UNICITY INTERNATIONAL, INC., a Delaware corporation; ANYTIME LABOR, L.L.C., a Nevada limited liability company, <br><br> Defendants. | Case No. 2:25-cv-00738-GMN-NJK <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT** <br><br> **(THIRD REQUEST)** |

IT IS HEREBY STIPULATED by and between Plaintiff Matthew Jackson ("Plaintiff"), by and through his counsel, Greenberg Gross LLP, and Defendant, Anytime Labor, L.L.C. ("Anytime Labor"), by and through its counsel, the law firm of Jackson Lewis P.C., that Defendant shall have a 1-week extension up to and including **July 7, 2025**, in which to file its response to Plaintiff's Complaint. This Stipulation is submitted and based upon the following:

1. Defendant Anytime Labor was served with the Summons and Complaint on May 15, 2025, (ECF No. 1).

2. The Parties stipulated to continue the deadline for Anytime Labor's responsive pleading on two occasions with the deadline for response currently being June 27, 2025.

3. Since the Parties stipulated to continue the deadline for Anytime Labor's responsive pleading, the Parties have been communicating to determine whether this matter will proceed to

arbitration.

4. Anytime Labor provided Plaintiff with the arbitration agreement and the data related to the online execution of the agreement.

5. Plaintiff is in the process of reviewing the documentation to determine whether he will voluntarily submit this matter to arbitration.

6. The Parties understand this Court previously Ordered that the Parties' Second Extension would be the last extension granted. However, in this instance, the Parties believe that good cause exists for a final weeklong extension as the additional time may prevent unnecessary motion work which would be in the interests of the judicial economy.

7. Based on the foregoing, the Parties have agreed to extend the deadline for Defendant Anytime Labor to file its response to Plaintiff's Complaint to July 7, 2025. This would allow the Parties additional time to determine how to proceed regarding Plaintiff's arbitration agreement.

8. This is the third stipulation to extend the time for Defendant Anytime Labor to respond to Plaintiff's Complaint.

9. The Parties believe these circumstances constitute good cause for granting an extension. *See* Fed. R. Civ. P. 6(b)(1).

10. This Stipulation is made in good faith and not for the purpose of delay.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

11. Nothing in this Stipulation and Order shall operate to waive, relinquish, or impair any claim, defense, objection, or right of any party in this case. Further, nothing in this Stipulation and Order shall be construed as an admission of or consent to the merit or validity of any claim, defense, objection, or right by any party in this case.

Dated this 26th day of June, 2025.

| GREENBERG GROSS LLP | JACKSON LEWIS P.C. |
|---|---|
| */s/ Marian L. Massey* <br> Jemma E. Dunn, Bar #16229 <br> Matthew T. Hale, Bar #16880 <br> Marian L. Massey, Bar #14579 <br> 1980 Festival Plaza Dr., Suite 730 <br> Las Vegas, NV 89135 <br><br> *Attorneys for Plaintiff* <br> *Matthew Jackson* | */s/ Thomas W. Maroney* <br> Joshua A. Sliker, Bar # 12493 <br> Thomas W. Maroney, Bar # 13913 <br> 300 S. Fourth St., Suite 900 <br> Las Vegas, Nevada 89101 <br><br> *Attorneys for Defendant* <br> *Anytime Labor LLC* |

**NO FURTHER EXTENSIONS WILL BE GRANTED.**

**ORDER**

IT IS SO ORDERED.

_____
United States ~~District~~/Magistrate Judge

Dated: June 27, 2025