JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
THOMAS W. MARONEY, ESQ.
Nevada Bar No. 13913
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Email: joshua.sliker@jacksonlewis.com
Email: thomas.maroney@jacksonlewis.com

*Attorneys for Defendant*
*Anytime Labor, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MATTHEW JACKSON, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> UNICITY INTERNATIONAL, INC., a Delaware corporation; ANYTIME LABOR, L.L.C., a Nevada limited liability company, <br><br> Defendants. | Case No. 2:25-cv-00738-GMN-NJK <br><br> **ORDER TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT** <br><br> **(FOURTH REQUEST)** |

IT IS HEREBY STIPULATED by and between Plaintiff Matthew Jackson ("Plaintiff"), by and through his counsel, Greenberg Gross LLP, and Defendant, Anytime Labor, L.L.C. ("Anytime Labor")(collectively "Parties"), by and through its counsel, the law firm of Jackson Lewis P.C., that Defendant shall have a 1-week extension up to and including **July 14, 2025**, in which to file its response to Plaintiff's Complaint. This Stipulation is submitted and based upon the following:

1. Defendant Anytime Labor was served with the Summons and Complaint on May 15, 2025. (ECF No. 1).

2. The Parties stipulated to continue the deadline for Anytime Labor's responsive pleading on three occasions as the Parties worked to determine how to proceed considering Plaintiff's agreement to arbitrate, with the deadline for response currently being July 7, 2025.

3. Since the Parties stipulated to continue the deadline for Anytime Labor's responsive

pleading, the Parties have been communicating to determine whether this matter will proceed to arbitration.

4. Anytime Labor provided Plaintiff with the arbitration agreement and the data related to the online execution of the agreement.

5. Plaintiff agreed to voluntarily submit the claims asserted in this action against Anytime Labor to the American Arbitration Association.

6. The Parties have also agreed that a Stipulation to Stay Case Pending Arbitration is appropriate based upon the language of the arbitration agreement. However, Plaintiff is not able to agree to allowing only the claims against Defendant Anytime Labor to proceed to arbitration while continuing to litigate the claims against Defendant Unicity International, Inc. given the duplication of efforts and costs associated with prosecuting the case in two venues.

7. The Parties are presently communicating with co-Defendant, UNICITY INTERNATIONAL, INC., to determine how UNICITY INTERNATIONAL, INC. intends to proceed in light of Anytime Labor's claims being submitted to arbitration.

8. The Parties understand this Court previously Ordered that no additional extensions would be granted. However, in this instance, the Parties believe that good cause exists for another weeklong extension as the additional time may prevent unnecessary briefing and may lead to the stay of this case in its entirety.

9. Based on the foregoing, the Parties have agreed to extend the deadline for Defendant Anytime Labor to file its response to Plaintiff's Complaint to July 14, 2025. This would allow the Parties to further communicate with UNICITY INTERNATIONAL, INC. to determine how it intends to proceed now that the Parties have agreed to submit this matter to arbitration.

10. This is the fourth stipulation to extend the time for Defendant Anytime Labor to respond to Plaintiff's Complaint.

11. The Parties believe these circumstances constitute good cause for granting an extension. *See* Fed. R. Civ. P. 6(b)(1).

12. This Stipulation is made in good faith and not for the purpose of delay.

1    13.    Nothing in this Stipulation and Order shall operate to waive, relinquish, or impair any claim, defense, objection, or right of any party in this case. Further, nothing in this Stipulation and Order shall be construed as an admission of or consent to the merit or validity of any claim, defense, objection, or right by any party in this case.

Dated this 7th day of July, 2025.

| GREENBERG GROSS LLP | JACKSON LEWIS P.C. |
|---|---|
| /s/ Marian L. Massey<br>Jemma E. Dunn, Bar #16229<br>Matthew T. Hale, Bar #16880<br>Marian L. Massey, Bar #14579<br>1980 Festival Plaza Dr., Suite 730<br>Las Vegas, NV 89135<br><br>*Attorneys for Plaintiff*<br>*Matthew Jackson* | /s/ Thomas W. Maroney<br>Joshua A. Sliker, Bar # 12493<br>Thomas W. Maroney, Bar # 13913<br>300 S. Fourth St., Suite 900<br>Las Vegas, Nevada 89101<br><br>*Attorneys for Defendant*<br>*Anytime Labor LLC* |

No further extensions will be granted.

**ORDER**

IT IS SO ORDERED.

_____
Nancy J. Koppe
United States Magistrate Judge
Dated: July 8, 2025