JEMMA E. DUNN
Nevada State Bar No. 16229
MATTHEW T. HALE
Nevada State Bar No. 16880
MARIAN L. MASSEY
Nevada State Bar No. 14579
**GREENBERG GROSS LLP**
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
Telephone: (702) 777-0888
Facsimile: (702) 777-0801
  *JDunn@GGTrialLaw.com*
  *MHale@GGTrialLaw.com*
  *MMassey@GGTrialLaw.com*

*Attorneys for Plaintiff Matthew Jackson*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MATTHEW JACKSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>UNICITY INTERNATIONAL, INC., a Delaware corporation; ANYTIME LABOR, L.L.C., a Nevada limited liability company,<br><br>Defendants. | Case No.: 2:25-cv-00738-GMN-NJK<br><br>**STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF TO RESPOND TO DEFENDANT UNICITY INTERNATIONAL, INC.'S MOTION TO DISMISS (ECF NO. 16)**<br><br>**(FIRST REQUEST)** |

**IT IS HEREBY STIPULATED** by and between Plaintiff Matthew Jackson ("Plaintiff"), by and through his respective counsel of record, and Defendant Unicity International, Inc. ("Defendant"), by and through their respective counsel of record, that Plaintiff shall have until July 30, 2025 to file his response to Defendant's Motion to Dismiss. This Stipulation is submitted and based upon the following:

    1.    Plaintiff's Complaint was filed in the United States District Court, District of Nevada on April 28, 2025 and asserted claims related to Plaintiff's employment with Defendant. (ECF No.

1).

2. On July 2, 2025, Defendant filed a Motion to Dismiss Plaintiff's Complaint (the "Motion"). (ECF No. 16). Thus, Plaintiff must file a response to the Motion to Dismiss within 14-days, on or before July 16, 2025. (*See* LR 7-2(b)).

3. Due to ongoing discussions between the Parties to submit this action to binding arbitration, Plaintiff requests additional time to respond to the Motion.

4. The Parties have agreed to extend the deadline for Plaintiff to file his response to Defendant's Motion to Dismiss by two-weeks, from July 16, 2025 to July 30, 2025, to allow the Parties to further discuss the possibility of submitting this action to binding arbitration.

5. This is the first stipulation to extend the time for Plaintiff to respond to Defendant's Motion to Dismiss.

6. The Parties believe these circumstances constitute good cause for granting an extension. *See* Fed. R. Civ. P. 6(b)(1).

7. This Stipulation is made in good faith and not for the purpose of delay.

**SO STIPULATED.**

Dated this July 15, 2025.

| **GREENBERG GROSS LLP** | **LITTLER MENDELSON, P.C.** |
|---|---|
| */s/ Marian L. Massey*<br>Jemma E. Dunn, Bar #16229<br>Matthew T. Hale, Bar #16880<br>Marian L. Massey, Bar #14579<br>1980 Festival Plaza Dr., Suite 730<br>Las Vegas, NV 89135<br><br>*Attorneys for Plaintiff Matthew Jackson* | */s/ Taylor A. Buono*<br>Karyn M. Taylor, Bar # 6142<br>Taylor A. Buono, Bar # 15513<br>8474 Rozita Lee Ave., Suite 200<br>Las Vegas, Nevada 89113<br><br>*Attorneys for Defendant Unicity International, Inc.* |

**IT IS SO ORDERED:**

Dated this __15__ day of July, 2025.

_____
UNITED STATES DISTRICT JUDGE