Karyn M. Taylor, Esq.
Nevada Bar No. 6142
Taylor A. Buono, Esq.
Nevada Bar. No. 15513
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113.4770
Telephone:  702.862.8800
Fax No.:    702.862.8811
kmtaylor@littler.com
tbuono@littler.com

Attorneys for Defendant
UNICITY INTERNATIONAL, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MATTHEW JACKSON, an individual,<br><br>         Plaintiff,<br><br>v.<br><br>UNICITY INTERNATIONAL, INC., a Delaware Corporation; ANYTIME LABOR, L.L.C., a Nevada limited liability company,<br><br>         Defendants. | Case No. 2:25-cv-00738-GMN-NJK<br><br>**STIPULATION AND ORDER TO EXTEND THE TIME FOR DEFENDANT'S REPLY IN SUPPORT MOTION TO DISMISS**<br><br>**[FIRST REQUEST]** |

Plaintiff MATTHEW JACKSON ("Plaintiff"), and Defendant UNICITY INTERNATIONAL, INC. ("Unicity") (collectively the "Parties"), by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file a Reply in Support of their Motion to Dismiss from the current deadline of August 19, 2025 up to and including **September 2, 2025**.

/ / /

/ / /

/ / /

Good cause exists to extend the briefing schedule, given that the additional requested time is needed to accommodate the schedules of defense counsel, who has been in the process of conducting class depositions in an unrelated matter, in addition to counsels' respective workloads and other deadlines. This is the first request for an extension of time to respond to Defendant's Motion to Dismiss. This request is made in good faith and not for the purpose of delay.

Dated: August 14, 2025

GREENBERG GROSS LLP

/s/ Marian L. Massey
Jemma E. Dunn, Esq.
Matthew T. Hale, Esq.
Marian L. Massey, Esq.

Attorney for Plaintiff
MATTHEW JACKSON

Dated: August 14, 2025

LITTLER MENDELSON, P.C.

/s/ Taylor A. Buono
Karyn M. Taylor, Esq.
Taylor A. Buono, Esq.

Attorneys for Defendant
UNICITY INTERNATIONAL, INC.

**IT IS SO ORDERED.**

Dated this 15 day of August, 2025.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

4905-5123-9006.1