# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Matthew Jackson,

     Plaintiff,

v.

Unicity International, Inc., et al.,

     Defendant.

Case No. 2:25-cv-00738-GMN-NJK

**Order**

[Docket No. 53]

Pending before the Court is a stipulated confidentiality agreement and proposed protective order. Docket No. 53. Parties are permitted to agree to discovery procedures, including confidentiality protections, <u>without judicial approval.</u> *See* Fed. R. Civ. P. 29(b); *see also Cross v. Walmart, Inc.*, 350 F.R.D. 395, 398-99 (D. Nev. 2025). The stipulation does not explain why judicial oversight is required as to the parties' discovery agreement. To the contrary, the stipulation acknowledges the binding effect of this agreement without judicial approval. *See* Docket No. 53 at 11 ("Counsel agree to be bound by the terms set forth herein with regard to any Confidential Materials that have been produced before the Court signs this Stipulation and Protective Order"). Accordingly, the Court **DENIES** without prejudice the stipulated confidentiality agreement and proposed protective order.

IT IS SO ORDERED.

Dated: January 23, 2026.

_____
Nancy J. Koppe
United States Magistrate Judge

1