Karyn M. Taylor, Esq.
Nevada Bar No. 6142
Taylor A. Buono, Esq.
Nevada Bar. No. 15513
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113.4770
Telephone:  702.862.8800
Facsimile:    702.862.8811
kmtaylor@littler.com
tbuono@littler.com

Attorneys for Defendant
UNICITY INTERNATIONAL, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MATTHEW JACKSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>UNICITY INTERNATIONAL, INC., a Delaware Corporation; ANYTIME LABOR, L.L.C., a Nevada limited liability company,<br><br>Defendants. | Case No. 2:25-cv-00738-GMN-NJK<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANT UNICITY INTERNATIONAL, INC. WITH PREJUDICE** |

Plaintiff, MATTHEW JACKSON ("Plaintiff"), and Defendant, UNICITY INTERNATIONAL, INC. ("Defendant") (collectively herein the "Parties"), hereby stipulate and agree to the dismissal of all of Plaintiff's claims against Unicity International, Inc., with prejudice. This stipulation has no bearing on Plaintiff's claims against Defendant Anytime Labor, L.L.C.

The Parties have reached an agreement to resolve this action. The Parties submit the instant Stipulation pursuant to their agreement for resolution. The Parties agree that no Party to this Stipulation shall be deemed to be a prevailing party in this action and that no Party will file for an award of attorneys' fees or costs pursuant to any rule, statute, or law, whether local, state, or federal, in any forum that would be available for the claims dismissed by this Stipulation.

LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113.4770
702.862.8800

Each Party shall bear its own costs and fees for the claims dismissed by this Stipulation and Order.

Accordingly, the Parties respectfully request the Court grant the instant Stipulation, dismiss the action with prejudice and close the case.

Dated: April 13, 2026

GREENBERG GROSS LLP

By: */s/ Marian L. Massey*
    Jemma E. Dunn, Esq.
    Matthew T. Hale, Esq.
    Marian L. Massey, Esq.

    Attorney for Plaintiff
    MATTHEW JACKSON

Dated: April 13, 2026

LITTLER MENDELSON, P.C.

By:  */s/  Taylor A. Buono*
    Karyn M. Taylor, Esq.
    Taylor A. Buono, Esq.

    Attorneys for Defendant
    UNICITY INTERNATIONAL, INC.

**IT IS SO ORDERED.**

_____ April 14, 2026
UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113.4770
702.862.8800