JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Email: joshua.sliker@jacksonlewis.com

*Attorney for Defendant*
*Anytime Labor, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MATTHEW JACKSON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>UNICITY INTERNATIONAL, INC., a Delaware corporation; ANYTIME LABOR, L.L.C., a Nevada limited liability company,<br><br>Defendants. | Case No.: 2:25-cv-00738-GMN-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

IT IS HEREBY STIPULATED by and between Plaintiff, Matthew Jackson, through his counsel, the law firm of Greenberg Gross LLP, and Defendant, Anytime Labor, L.L.C., through its counsel, the law firm of Jackson Lewis P.C., that pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), the above-entitled action is hereby dismissed with prejudice, with each party to bear their own attorney's fees and costs.

Dated this 28th day of August, 2026.

GREENBERG GROSS LLP

*/s/ Marian L. Massey*
JEMMA E. DUNN, ESQ.
Nevada Bar No. 16229
MATTHEW T. HALE, ESQ.
Nevada Bar No. 16880
MARIAN L. MASSEY, ESQ.
Nevada Bar No. 14579
1980 Festival Plaza Dr., Suite 730
Las Vegas, Nevada 89135

*Attorneys for Plaintiff*
*Matthew Jackson*

JACKSON LEWIS P.C.

*/s/ Joshua A. Sliker*
JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101

*Attorneys for Defendant*
*Anytime Labor LLC*

**ORDER**

IT IS SO ORDERED.

The Clerk of Court is kindly directed to close this case.

Dated: 28 of August, 2026

UNITED STATES DISTRICT JUDGE